**UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Kimberly Davis, et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:09−cv−02733 |
| | § | |
| Compass Group USA Inc | § | |

## Order Setting Conference

1. A pre−trial conference will be held on:

   October 5, 2010
   at 09:30 AM in
   Judge Hughes's Chambers
   United States Court House
   515 Rusk Avenue, Room 11122
   Houston, Texas 77002.

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide motions, narrow issues, inquire about and resolve expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

5. Principal documents *must* have been exchanged well before the conference.

Signed on September 24, 2010, at Houston, Texas.

Lynn N. Hughes   USDJ
United States District Judge