IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KIMBERLY DAVIS AND STEFANTE GOODALL, ON BEHALF OF THEMSELVES AND ALL OTHER EMPLOYEES OF COMPASS GROUP, USA d/b/a CANTEEN VENDING SERVICES SIMILARLY SITUATED,** § § § § § § **PLAINTIFFS,** § § VS. § § **COMPASS GROUP, USA d/b/a CANTEEN VENDING SERVICES,** § § § **DEFENDANT.** § § | C.A. NO. 09-CA-2733 |

## DEFENDANT'S NOTICE OF SETTLEMENT

Defendant Compass Group, USA d/b/a Canteen Vending Services ("Defendant") files this Notice of Settlement and respectfully shows the Court as follows:

1. On Thursday, July 21, 2011, the parties participated in mediation and settled this case as to all 12 Plaintiffs – Kimberly Davis, Stefante Goodall, Miguel Barahona, Javier Garcia, Everette Hawkins, Terrance Kelly, Henry Miller, Roderick Moore, Quang Ngo, Eduardo Ramirez, Lyndon Rex and Modesto Rivera.

2. The parties are currently in the process of finalizing the settlement agreements as to each of the 12 Plaintiffs, some of whom are no longer in the Houston area.

3. Defendant believes that because this settlement resolves Plaintiffs' alleged minimum wage and overtime claims under the Fair Labor Standards Act (FLSA), it may require this Court's approval. The parties will contact the Court once settlement documents are finalized for such approval if necessary.

4. In the interim, the parties respectfully request that the Court enter a Conditional Dismissal and provide the parties sufficient time to: (a) finalize these settlement agreements and secure the signatures of all 12 Plaintiffs; and (b) seek the Court's approval, if necessary, of the settlement terms.

Dated: July 25, 2011                                     Respectfully submitted,

*/s/ Linda Ottinger Headley*
**Linda Ottinger Headley**
State Bar No. 15344600
Federal I.D. No. 3759
Alexis C. Knapp
State Bar No. 24002870
Fed. I.D. No. 22861

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)

ATTORNEYS FOR DEFENDANT
COMPASS GROUP, USA

### CERTIFICATE OF CONFERENCE

I hereby certify that on July 25, 2011, counsel for Defendant conferred with counsel for Plaintiffs about the filing of this Notice.  While the parties have not yet reached agreement on the issue of Court approval, Plaintiffs do not oppose the filing of this Notice.

*/s/ Alexis C. Knapp*
Alexis C. Knapp

**CERTIFICATE OF SERVICE**

      I certify that on the 25th day of July, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joan Lucci Bain<br>
TOWN & COUNTRY MEDIATION CENTER LLC<br>
10575 KATY FREEWAY, SUITE 405<br>
HOUSTON, TX 77024<br>
ATTORNEY FOR PLAINTIFFS

                                                    */s/ Alexis C. Knapp*<br>
                                                    Alexis C. Knapp

Firmwide:102954702.1 024778.1303