| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Kimberly Davis, *et al.*, | § § § § § § § § § § | |
| Plaintiffs, | | |
| *versus* | | Civil Action H-09-2733 |
| Compass Group, USA, | | |
| Defendant. | | |

## Conditional Dismissal

1. The court, having been advised that a settlement has been reached between counsel, dismisses this case with prejudice except that the parties may move for reinstatement by August 16, 2011, only because approval of the settlement could not be obtained from the principals.

2. This court retains jurisdiction to enforce the settlement.

Signed on July 26, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge