| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Kimberly Davis, et al., §
§
       Plaintiffs, §
§
versus §    Civil Action H-09-2733
§
Compass Group, USA, §
§
       Defendant. §

# Order

By August 19, 2011, the parties must submit the particulars of the settlement, including the amount each plaintiff recovers and the attorneys' fees. (69, 70)

Signed on August 17 2011, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge