IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KIMBERLY DAVIS AND STEFANTE GOODALL, ON BEHALF OF THEMSELVES AND ALL OTHER EMPLOYEES OF COMPASS GROUP, USA d/b/a CANTEEN VENDING SERVICES SIMILARLY SITUATED,** § § § § § § **PLAINTIFFS,** § § vs. § § **COMPASS GROUP, USA d/b/a CANTEEN VENDING SERVICES,** § § § **DEFENDANT.** § § | C.A. NO. 4:09-CV-02733 |

## JOINT SUBMISSION IN COMPLIANCE WITH AUGUST 18, 2011 ORDER

In accordance with this Court's August 18, 2011 Order (Dkt. #71), Plaintiffs Kimberly Davis, Stefante Goodall, Miguel Barahona, Javier Garcia, Everette Hawkins, Terrance Kelly, Henry Miller, Roderick Moore, Quang Ngo, Eduardo Ramirez, Lyndon Rex and Modesto Rivera, and Defendant Compass Group, USA d/b/a Canteen Vending Services ("Defendant"), file this JOINT SUBMISSION IN COMPLIANCE WITH AUGUST 18, 2011 ORDER.[1] As instructed by the Court, the parties have attached Exhibit A containing the particulars of settlement, including the amount each Plaintiff recovers and the attorneys' fees, which is being filed under seal in accordance with the confidentiality agreement between the parties.

---

[1] The parties reincorporate their respective positions as reflected in their JOINT MOTION FOR THE COURT'S RULING AS TO THE NECESSITY OF COURT APPROVAL OF THE SETTLEMENT BETWEEN THE PARTIES, filed with this Court on August 10, 2011 (Dkt. #69).

Dated: August 19, 2011

**AGREED:**

| | |
|---|---|
| */s/ Joan Lucci Bain (w/permission)* | */s/ Linda Ottinger Headley* |
| **Joan Lucci Bain** | **Linda Ottinger Headley** |
| State Bar No. 01548020 | State Bar No. 15344600 |
| Federal I.D. No. 67 | Federal I.D. No. 3759 |
| Bain & Bain, PLLC | Alexis C. Knapp |
| Town & Country Mediation Center LLC | State Bar No. 24002870 |
| 10575 Katy Freeway, Suite 405 | Fed. I.D. No. 22861 |
| Houston, TX 77024 | |
| (832) 431-3229 (Telephone) | LITTLER MENDELSON |
| (713) 629-6226 (Telecopier) | A PROFESSIONAL CORPORATION |
| | 1301 McKinney Street, Suite 1900 |
| ATTORNEY FOR PLAINTIFFS | Houston, TX  77010 |
| | 713.951.9400 (Telephone) |
| | 713.951.9212 (Telecopier) |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | COMPASS GROUP, USA |

### CERTIFICATE OF SERVICE

I certify that on the 19th day of August, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joan Lucci Bain
TOWN & COUNTRY MEDIATION CENTER LLC
10575 KATY FREEWAY, SUITE 405
HOUSTON, TX 77024
ATTORNEY FOR PLAINTIFFS

*/s/ Alexis C. Knapp*
Alexis C. Knapp

Firmwide:103372120.1 024778.1303