| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Kimberly Davis, et al., §
§
      Plaintiffs, §
§
versus §  Civil Action H-09-2733
§
Compass Group, USA, §
§
      Defendant. §

# Final Dismissal

1. The settlement is approved. Fed. R. Civ. P. 23(e).

2. This case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on ~~August 31,~~ September 1, 2011, at Houston, Texas.

                                          Lynn N. Hughes
                              United States District Judge